```
            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

**CIVIL ACTION NO. 1:10cv0837 (WOB-MRM)**

**ROGER SMITH**                                          **PETITIONER**

**VS.**                            **JUDGMENT**

**TIMOTHY BRUNSMAN, Warden,**                            **RESPONDENT**
**Lebanon Correctional**
**Institution**

Pursuant to the Order entered concurrently herewith, the Court being advised,

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is hereby **denied**, and this matter is hereby **dismissed** and **stricken** from the docket of this Court.

This 14th day of February, 2012.



Signed By:
William O. Bertelsman    WOB
United States District Judge