UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:10-cv-837 (WOB-MRM)**

**ROGER SMITH**                                                              **PETITIONER**

VS.                                                  <u>**JUDGMENT**</u>

**TIMOTHY BRUNSMAN, WARDEN**
**LEBANON CORRECTIONAL INSTITUTION**                 **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 36), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 39), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 39) to the Report and Recommendation be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 36) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; That petitioner's Motion to Vacate Judgment (Doc. 35), is **DENIED**. A certificate of appealability shall not issue with respect to the claims alleged in the motion. Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 6th day of September, 2018.



Signed By:
*William O. Bertelsman* WOB
United States District Judge